# United States District Court
# For The Western District of North Carolina
# Statesville Division

SUNTRUST MORTGAGE, INC.,
SUNTRUST BANKS, INC.,
NATIONWIDE TRUSTEE SERVICES,

    Plaintiff(s),

vs.

JENNIFER BEAMAN PIPPIN
AND WESLEY HAROLD STEARNS,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV1

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 16, 2012, Order.

Signed: October 16, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court